Madison Avenue Coach Company, Inc., Respondent, *v.* City of New York, Appellant.

Eighth Avenue Coach Corporation, Respondent, *v.* City of New York, Appellant.

New York City Omnibus Corporation, Respondent, *v.* City of New York, Appellant.

Argued October 7, 1949; decided October 20, 1949.

*John P. McGrath, Corporation Counsel (William A. Marks, Seymour B. Quel, James J. Thornton* and *Stanley Buchsbaum* of counsel), for appellant.

*Grayson M-P. Murphy* and *William F. Hamilton* for respondents.

In each action: Judgment affirmed, with costs. No opinon.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.